

# NUMBER 13-11-00133-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **JUAN CARLOS RODRIGUEZ,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellant, Juan Carlos Rodriguez, and the State have filed a joint motion to summarily grant appellant's out-of-time appeal based on the inability to obtain a reporter's record of the 1991 trial of this case. In their motion, the parties state that it has been determined that the court reporter's notes pertaining to appellant's trial are no longer available, there is no possibility that only portions of the record which are significant or

necessary to resolution of the appeal can be obtained, and they cannot agree on the content of the missing material. Additionally, the parties request that this Court grant appellant an out-of-time appeal of all of his convictions and sentences.

Texas Rule of Appellate Procedure 34.6(f) states that an appellant is entitled to a new trial under the following circumstances:

(1) if the appellant has timely requested a reporter's record;

(2) if, without the appellant s fault, a significant exhibit or a significant portion of the court reporter s notes and records has been lost or destroyed or if the proceedings were electronically recorded a significant portion of the recording has been lost or destroyed or is inaudible;

(3) if the lost, destroyed or inaudible portion of the reporter s record, or the lost or destroyed exhibit, is necessary to the appeal's resolution; and

(4) if the lost, destroyed or inaudible portion of the reporter s record cannot be replaced by agreement of the parties, or the lost or destroyed exhibit cannot be replaced either by agreement of the parties or with a copy determined by the trial court to accurately duplicate with reasonable certainty the original exhibit.

Tex. R. App. P. 34.6(f). Based on our review of the parties' motion and the affidavit of the reporter, we conclude that appellant is entitled to an out-of-time appeal and a new trial. *See id.* Accordingly, the parties' motion is GRANTED. The motion for an out-of-time appeal is GRANTED, judgment of the trial court is REVERSED, and the cause is REMANDED for a new trial.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).
Delivered and filed the
18th day of August, 2011.